UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALINA C. COLLINS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:10-cv-1629-JMS-TAB |
| | ) | |
| BOWMAN, HEINTZ, BOSCIA & VICIAN P.C., | ) | |
| | ) | |
|     Defendant. | ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's motion to enforce settlement [Docket No. 29] is granted in part and Plaintiff's counsel is awarded $8,130 in attorney's fees and $123.07 in costs, to be paid by Defendant's counsel, Robert E. Stochel, within 28 days.

Dated: 04/04/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Michael A. Dorelli
HOOVER HULL LLP
mdorelli@hooverhull.com

Robert E. Duff
INDIANA CONSUMER LAW GROUP
THE LAW OFFICE OF ROBERT E. DUFF
robert@robertdufflaw.com

Robert E. Stochel
HOFFMAN & STOCHEL
res@reslawyer.com

Glenn S. Vician
BOWMAN, HEINTZ, BOSCIA & VICIAN
glennsvician2@bhbvonline.com