UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALINA C. COLLINS, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | 1:10-cv-1629-JMS-TAB |
| ) | |
| BOWMAN, HEINTZ, BOSCIA & VICIAN, ) | |
| P.C., ) | |
|     Defendant. ) | |

**ORDER OF ADOPTION**

The Magistrate Judge submitted his report and recommendation on Plaintiff's verified motion to enforce the award of fees and costs against Defendant. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The District Judge, having considered the Magistrate Judge's report and recommendation and no objections were filed, approves and adopts the Magistrate Judge's report and recommendation. Accordingly, Plaintiff's verified motion to enforce the award of fees and costs against Defendant [Docket No. 58] is denied.

Dated:  08/28/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Michael A. Dorelli
HOOVER HULL LLP
mdorelli@hooverhull.com

Robert E. Duff
INDIANA CONSUMER LAW GROUP
THE LAW OFFICE OF ROBERT E. DUFF
robert@robertdufflaw.com

Robert E. Stochel
HOFFMAN & STOCHEL
res@reslawyer.com

Glenn S. Vician
BOWMAN, HEINTZ, BOSCIA & VICIAN
glennsvician2@bhbvonline.com